IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| VICTOR LEAL, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 2:20-CV-185-Z |
| § | |
| ALEX M. AZAR II, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

On September 19, 2022, the United States Court of Appeals for the Fifth Circuit remanded this action to this Court. *See* ECF Nos. 41, 41-1, & 41-2. The Court **ORDERS** parties to confer and jointly brief — in detail — what further proceedings this case requires and propose a timeline for such proceedings. Parties must submit their joint briefing **on or before October 7, 2022**.

In their joint briefing, parties should consider proceedings or matters discussed in the Court's previous Order to Submit Joint Proposed Scheduling Order (ECF No. 22) and any other proceedings or matters relevant to adjudication of this case. The Court will issue a scheduling order based on parties' joint briefing.

**SO ORDERED.**

September 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE