UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| **Victor Leal**, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>     Defendants. | Case No. 2:20-cv-00185-Z |

## STIPULATION OF DISMISSAL

The parties stipulate that the claims of plaintiffs Victor Leal and Patrick Von Dohlen, as well as the claims of plaintiff Kim Armstrong other than her challenge to the constitutionality of 42 U.S.C. § 300gg-13(a)(4) under the Appointments Clause (which has already been dismissed with prejudice), are dismissed without prejudice under Rule 41(a)(1)(A)(ii).

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

 /s/ Christopher M. Lynch
CHRISTOPHER M. LYNCH
D.C. Bar No. 1049152
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)
christopher.m.lynch@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2022, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Federal Defendants*

MATTHEW BOHUSLAV
Assistant Attorney General
General Litigation Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)
matthew.bohuslav@oag.texas.gov

WILLIAM SUMNER MACDANIEL
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
Post Office Box 12548
Austin, Texas 78711-2548
(512) 936-1862 (phone)
(512) 477-2348 (fax)
william.macdaniel@oag.texas.gov

*Counsel for the State Defendants*

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*